No. 12A433. MITRANO v. JPMORGAN CHASE BANK, N. A., ET AL. D. C. E. D. Va. Application for stay, addressed to JUSTICE ALITO and referred to the Court, denied.

No. 12A509. MEZA v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–2703. IN RE DISCIPLINE OF HUNTLEY. Donald W. Huntley, of Wilmington, Del., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2704. IN RE DISCIPLINE OF GOLDEN. Bruce P. Golden, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 12M59. ELBEY v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OKLAHOMA;
    No. 12M60. TAUSERE v. HOLDER, ATTORNEY GENERAL;
    No. 12M61. JAHANIAN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION;
    No. 12M62. DAVIS v. ORTIZ, WARDEN;
    No. 12M64. BLACK v. URIBE, WARDEN;
    No. 12M65. TAYLOR v. PATE, WARDEN;
    No. 12M66. MILTON ET VIR v. ROBINSON ET AL.;
    No. 12M68. TAYLOR v. WINNECOUR;
    No. 12M69. TAYLOR v. MESSMER ET AL.; and
    No. 12M70. DE MASI v. COUNTRYWIDE HOME LOANS ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 12M63. UNITED STATES EX REL. PRITSKER v. SODEXHO, INC., ET AL. Motion for leave to file petition for writ of certiorari with supplemental appendix under seal granted.

No. 12M67. STRAUSBAUGH v. GOVERNMENT PRINTING OFFICE. Motion for leave to proceed as a veteran granted.